IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| STEVEN HAWKINS | § | |
| v. | § | CIVIL ACTION NO. 2:12cv433 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

FINAL JUDGMENT

**CONSIDERING** the Report and Recommendation entered herein on January 27, 2014 (docket entry #16), and there being no objections filed thereto, for the reasons set forth therein, which are hereby adopted by the Court,

**IT IS ORDERED AND ADJUDGED** that the Commissioner's final decision is **AFFIRMED** and this social security action is **DISMISSED WITH PREJUDICE**. Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this 26th day of February, 2014.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE